**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hans G. Higgins,<br><br>　　　　Plaintiff,<br>　　vs.<br>Joe Arpaio,<br>　　　　Defendant. | No. CV-07-0075-PHX-PGR<br><br>ORDER |

　　　Pending before the Court is the Report and Recommendation of Magistrate Judge Aspey, wherein he recommends that this action be dismissed without prejudice for lack of service due to the plaintiff's failure to return the service packet as ordered by the Court on February 21, 2007 (doc. #3) and his failure to comply with the Court's order of May 15, 2007 (doc. #6) to show cause why this action should not be dismissed for lack of service.  The Court has reviewed the Report and Recommendation *de novo* notwithstanding that no objection has been filed to it.  Therefore,

　　　IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #7) is accepted and adopted by the Court.

　　　IT IS FURTHER ORDERED that this action is dismissed without prejudice

/ / /

for lack of service pursuant to Fed.R.Civ.P. 4(m) and 41(b).  The Clerk of the Court shall enter judgment accordingly.

      DATED this 11th day of October, 2007.

Paul G. Rosenblatt
United States District Judge